

ENTERED
07/08/2019

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 03-21358 |
| THE KLEBERG LAW FIRM, | § | |
| A Professional Corporation | § | Chapter 11 |
| | § | |
| Debtor. | § | |

## ORDER GRANTING TRUSTEE'S MOTION TO REOPEN CLOSED CASE SOLELY FOR PURPOSE OF ADMINISTERING NEWLY DISCOVERED ASSET OF THE ESTATE #716

Upon consideration the Motion of Tom Wheat as the (Former) Trustee ("**Trustee**") for the First Amended Creditors Trust ("**Creditors' Trust**") for the bankruptcy estate of The Kleberg Law Firm, P.C. ("**Kleberg**" or "**Debtor**") to Reopen Closed Case Solely for Purpose of Administering Newly Discovered Asset of the Estate ("**Motion**"), the bases therefore, the evidence before the Court, and the absence of objections to the Motion, this Court finds that: (i) notice given of the Motion has been sufficient and appropriate; (ii) the Motion seeks this Court's reopening of this case to allow and instruct the Trustee to administer the Proceeds (as defined in the Motion), reappoint Wheat a Trustee of the Creditors' Trust to do so, authorize Wheat to sign the Buyer's proposed lien release (attached), authorize Wheat's counsel to draw down on $11,167 retainer to pay filing fees and its legal fees and expenses related to preparing and prosecuting this Motion and assisting Wheat in the performance of his duties as Trustee, discharge and release Trustee and his counsel after the Proceeds have been administered and distributed and reclose this case; and that good and sufficient cause exists to grant the relief requested. Accordingly, it is

**ORDERED** that the Motion is GRANTED as set forth herein, and that Tom Wheat is hereby reappointed as Trustee of the Creditors' Trust solely for the purpose of administering the Legal Fees. It is further,

**ORDERED** that the Trustee is hereby directed to ratably distribute the Proceeds to the identified creditors on Schedule 1 to the Final Decree (Dkt. 712) in full and complete satisfaction of any and all claims against the Debtor's estate, the Creditors' Trust, or the Trustee in connection therewith. It is further

**ORDERED** that Norton Rose Fulbright US LLP is authorized to draw down on $11,167 retainer paid it by the Buyer to pay (i) this Motion's filing fee, (ii) Norton Rose Fulbright US LLP's legal fees and expenses to prosecute this Motion, (iii) return any money in excess of its fees and expenses to the Buyer, and to assist the Trustee in his administration of the Proceeds. It is further

**ORDERED** that, having provided herein for the foregoing administration of the lone, remaining known administered asset of the Debtor's estate, after the Trustee files a notice that he has completed his administration of the Legal Fees, this case shall be CLOSED for all purposes and that the Trustee and Norton Rose Fulbright US LLP shall at that time be released and discharged as Trustee and counsel for the Trustee upon remitting the proceeds of the Legal Fees to scheduled creditors or disbursed to an appropriate charity (pursuant to the Plan) any of the Proceeds that are economically unfeasible to distribute.

Signed this  2nd  day of  July  , 2018.

_____
UNITED STATES BANKRUPTCY JUDGE